IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIMINAL ACTION NO.<br>1:15-cr-0046-AT |
| ISADORE RASHAAD SNEAD, III, | |
| Defendant. | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation that Defendant Isadore Rashaad Snead, III is competent to stand trial [Doc. 79]. The Court notes that no objections have been filed in response to the Magistrate's Report and Recommendation. Further, the parties have stipulated to the psychiatric opinion of Dr. Michael Hilton, which determined that Defendant Snead is competent to stand trial [Doc. 73 at 2-3]. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and Recommendation as the opinion of this Court. The

Court finds that Defendant Snead is competent to stand trial. Trial is hereby set for November 14, 2016, at 9:30 AM in Courtroom 2308. The pretrial conference is set for November 10, 2016, at 3:00 PM in Courtroom 2308. By 5:00 PM on November 3, 2016, the parties are to file the following: motions in limine and proposed voir dire questions. By 5:00 PM on November 3, 2016, the Government must file a brief summary of the indictment that the parties can rely on for voir dire. By 10:00 AM on November 9, 2016, the parties are to file any objections to those items listed above.

The time until November 14, 2016, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that the ends of justice are served and are consistent with both the best interest of the public and individual justice in this matter. Failure to provide this continuance would deny counsel for the defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

It is so **ORDERED** this 18th day of October, 2016.

_____
Amy Totenberg
United States District Judge